SERVICE ENGINEERING COMPANY, et al., Plaintiffs,

v.

SOUTHWEST MARINE, INC., et al., Defendants.

No. C–86–6096 SAW (JSB).

United States District Court, N.D. California.

Sept. 26, 1989.

ORDER VACATING MEMORANDUM AND ORDER OF AUGUST 8, 1989

WEIGEL, District Judge.

The Court's Memorandum and Order, filed August 8, 1989, 719 F.Supp. 1500, is hereby vacated. That Order was interlocutory and subject to revision in accordance with Fed. R.Civ.P. § 54(b). The August 8, 1989 Memorandum and Order was not a "civil judgment" as that term is used at 48 C.F.R. subpart 9.4 and to the extent that the Memorandum and Order, or any portion thereof, might be considered such a "civil judgment", the Memorandum and Order is hereby rescinded pursuant to Fed.R.Civ.P. § 54(b).